IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PRESTON JEROME TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. 1:21-cv-0342-TFM-B** |
| | ) | |
| **OFFICER CROWE,** *et al*., | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM OPINION AND ORDER**

On August 4, 2021, the Magistrate Judge entered a report and recommendation which recommends this 42 U.S.C. § 1983 action be transferred for improper venue.  *See* Doc. 4.  No objections were filed.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 4) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that that this action be **TRANSFERRED** to the United States District Court for the Southern District of Texas (Houston division) pursuant to 28 U.S.C. § 1406(a).

**DONE** and **ORDERED** this 31st day of August, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE